UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL MASTEN,

    Plaintiff(s),

v.

AETNA LIFE INSURANCE COMPANY, et al.,

    Defendant(s).

NO. C08-553MJP

ORDER ON MOTION TO AMEND CASE SCHEDULE

The above-entitled Court, having received and reviewed Plaintiff's Unopposed Motion to Extend Trial Date and Other Related Dates, enters the following order:

IT IS ORDERED that the motion is DENIED.

None of the dates or activities listed by Plaintiff's counsel in his motion are in direct conflict with the scheduled bench trial date of August 10, 2009, which was set in June of 2008. Dkt. No. 10. The Court understands that Plaintiff's counsel is currently in trial until April 16, which conflicts with the dispositive motion deadline of April 13, 2009 in this matter. Presumably the dispositive motion deadline (which was also established at the time the trial date was set) was known to Plaintiff's counsel well in advance of his current trial date.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: April __9___, 2009

                                            Marsha J. Pechman
                                            U.S. District Judge

**ORDER ON MTN TO AMEND CASE SCHED - 1**