1 | The reasons supplied in support of his request do not constitute good cause for a continuance, and the
2 | motion will be denied.

4 | The clerk is directed to provide copies of this order to all counsel of record.

5 | Dated: April _14_, 2009

*[signature]*
Marsha J. Pechman
U.S. District Judge

**ORDER ON MTN FOR RECONSIDERATION - 3**